In the Matter of NEWCOURT REALTY HOLDING CORP., Appellant, v. HORTENSE W. GABEL, as City Rent and Rehabilitation Administrator, Respondent.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.